▮ The People of the State of New York, Respondent, v Robare D. Bastedo, Appellant. [705 NYS2d 549] —Judgment unanimously affirmed for reasons stated in decision at Genesee County Court, Noonan, J. (Appeal from Judgment of Genesee County Court, Noonan, J.—Criminal Contempt, 1st Degree.) Present—Pigott, Jr., P. J., Green, Wisner, Scudder and Kehoe, JJ.

▮ The People of the State of New York, Respondent, v Jeffrey Cole, Appellant. [705 NYS2d 310] —Judgment unanimously affirmed. Memorandum: The evidence, viewed in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), is legally sufficient to establish that the value of the stolen property possessed by defendant exceeded $3,000 (*see, People v Stein,* 172 AD2d 1060, *lv denied* 78 NY2d 975) and that defendant is therefore guilty of criminal possession of stolen property in the third degree (Penal Law § 165.50). Defendant failed to preserve for our review his contentions that count one of the indictment is duplicitous (*see, People v Rivera,* 257 AD2d 425, *lv denied* 93 NY2d 901) and that County Court's charge on that count was erroneous (*see, People v Molling,* 238 AD2d 915). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Genesee County Court, Noonan, J.—Criminal Possession Stolen Property, 3rd Degree.) Present—Pigott, Jr., P. J., Green, Wisner, Scudder and Kehoe, JJ.